DAS:PKC/SD
F.# 2010R01683

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

SAMUEL GRANADOS-HERNANDEZ,

                 Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. <u>11-297 (S-4)(KAM)</u>
(T. 18, U.S.C., §§
 1591(a)(1)(2008),
 1591(a)(1), 1591(a)(2)
 (2008), 1591(a)(2),
 1591(b)(1)(2008),
 1591(b)(1), 2 and 3551
 <u>et</u> <u>seq</u>.)

THE UNITED STATES ATTORNEY CHARGES:

<u>SEX TRAFFICKING</u>

    In or about and between October 2000 and August 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SAMUEL GRANADOS-HERNANDEZ, together with others, did knowingly and intentionally recruit, entice, harbor, transport, provide, obtain and maintain by any means one or more persons, in and affecting interstate and foreign commerce, and benefit, financially and by receiving one or more things of value, from participation in a venture which engaged in one or more such acts, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means would be used to cause such person or persons to engage in one or more

commercial sex acts, which offense was effected by such means of force, threats of force, fraud, coercion and a combination of such means.

(Title 18, United States Code, Sections 1591(a)(1) (2008) and 1591(a)(1), 1591(a)(2) (2008) and 1591(a)(2), 1591(b)(1) (2008) and 1591(b)(1), 2 and 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136