## CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** JUDGE KIYO A. MATSUMOTO   **DATE:** 5/14/14   **TIME:** 11:00am.- 12:20pm.

**DOCKKET:** 11 CR 297 [KAM] USA V. Granados-Hernandez

**DEFENDANT NAME:** Samuel Granados-Hernandez
   _X_ present  ____ not present   ____ custody  _X_ bail

**DEFENSE COUNSEL:** Len Kamdang
   _X_ present ____ not present   __ CJA __ RET _X_ LAS

**AUSA:** Soumya Dayanadan   **Clerk:** S. Jackson   **Court Reporter:** Nicole Canaley   DOCKET & FILE

_X_ CASE CALLED

_X_ DEFENDANT _X_ Sworn _X_ Informed of Rights

STATEMENTS OF DEFENDANT AND COUNSEL HEARD _X_

COURT ACCEPTED DEFENDANT'S GUILTY PLEA TO COUNTS 1 of the Fourth Superseding Information.

**DEFENDANT SENTENCED ON COUNT(S): 1 of the Fourth Superseding Information**

**IMPRISONMENT:** 180 months with credit for time served since his arrest on April 29, 2011 (ICE Detainer).

**SUPERVISION:** 5 years supervised release with **SPECIAL CONDITIONS**:

A.   If deported, Mr. Granados-Hernandez may not re-enter the United States illegally but need not served the remainder of his supervised release in the United States.

B.   Mr. Granados-Hernandez shall comply with the sex offender registration requirements mandated by law.

C.   Defendant shall pay restitution to Jane Does #7 and #14 as set forth below.

D.   Defendant shall not possess a firearm, ammunition, or destructive device.

### RESTITUTION   $912,925

Defendant is ordered to pay restitution in the amount of ____.  Defendant shall pay restitution of $163,225 to Jane Doe #7, and $749,700 to Jane Doe #14. The identity and address information of the victims shall be maintained by the Clerk of Court. All restitution payments shall be paid to the Clerk of Court, 225 Cadman Plaza East, Brooklyn, NY, 11201 pro rata to the victims. Restitution is due immediately and payable at a minimum rate of at least $20 per month while in custody. Mr. Granados-Hernandez is encouraged to participate in the Bureau of Prisons Financial Responsibility Program to pay his assessment and restitution. The $163,225 Restitution amount is joint and several as to victim # 7 with co-defendant: Irma Rodriguez-Yanez 11CR297[[KAM].

**$100**  SPECIAL ASSESSMENT  **$912,925**  RESTITUTION  **$0**  FINE  **$0** FORFEITURE

**OTHER:**

✔ Remaining Count(s) all in the underlying indictment are dismissed on govt's motion.

   ✔ Transcript ordered      ✔ ICE Detainer

   ✔ Deft advised of right to appeal.    ✔ Govt shall arrange for the return of defendant's property, if any.